UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0079-JCC |
| Plaintiff, | ORDER |
| v. | |
| JEANNE ANG RATHER, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial motions deadline (Dkt. No. 13). On May 12, 2021, Defendant Jeanne Ang Rather was charged by indictment with seven counts of bank fraud and three counts of aggravated identity theft. (Dkt. No. 1.) Trial is scheduled for August 2, 2021. (Dkt. No. 10.) The parties agree that this matter is complex, discovery will be voluminous, and as a result, the discovery process cannot be completed in time for the current pretrial motions deadline and trial date. (Dkt. No. 13 at 3–4.) The parties ask the Court to continue trial until November 29, 2021 and the pretrial motions deadline to October 12, 2021 to allow recently retained defense counsel adequate time to review discovery, consult with his client, and prepare a defense. (*Id.*) The parties agree that, because of the complexity of the case and the volume of discovery, they cannot be reasonably be ready for trial before the proposed new trial date. (*Id.*)

Having thoroughly considered the motion and the relevant record, the Court FINDS that

the ends of justice served by granting a continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. Taking into account the exercise of due diligence, the failure to grant a continuance would deny counsel for the parties reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).
2. This case is sufficiently complex that it is unreasonable to expect adequate preparation for trial within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).
3. The time between the date of this order and the new trial date is a reasonable period of delay and is necessary to provide counsel for Defendant the reasonable time necessary to prepare for trial.

Accordingly, the Court GRANTS the stipulated motion (Dkt. No. 13) and ORDERS:

1. The August 2, 2021 jury trial is CONTINUED until November 29, 2021.
2. The June 18, 2021 pretrial motions deadline is CONTINUED until October 12, 2021.
3. The period from the date of this order until November 29, 2021 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 21st day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE