THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE ANG RATHER,<br><br>    Defendant. | CASE NO. CR21-0079-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to continue the trial date and pretrial motions deadline (Dkt. No. 21). Having thoroughly considered the motion and relevant record, the Court GRANTS the motion for the reasons explained below.

On May 12, 2021, Defendant Jeanne Ang Rather was charged by indictment with seven counts of bank fraud and three counts of aggravated identity theft. (Dkt. No. 1.) The Court previously granted the parties' stipulated motion to continue trial to November 29, 2021. (Dkt. No. 15.) Defendant now asks for more time to review discovery, conduct investigation, and negotiate with the Government. (Dkt. No. 21.) The Government does not oppose this motion, but "requests that any continuance be no more than 60 days based on information provided by the defense in recent discussions." (Dkt. No. 23 at 2.) Defendant has waived the right to a speedy trial from the former trial date up to and including January 28, 2022. (Dkt. No. 22 at 1.)

Having thoroughly considered the motion and the relevant record, the Court FINDS that

the ends of justice served by granting a continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. Taking into account the exercise of due diligence, the failure to grant a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).
2. The time between the date of this order and the new trial date is a reasonable period of delay and is necessary to provide counsel for Defendant the reasonable time necessary to prepare for trial.

Accordingly, the Court GRANTS Defendant's motion (Dkt. No. 21) and ORDERS:

1. The November 29, 2021 jury trial is CONTINUED until January 18, 2022.
2. The October 12, 2021 pretrial motions deadline is CONTINUED until November 30, 2021.
3. The period from the date of this order until January 18, 2022 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 22nd day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE