THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0079-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JEANNE ANG RATHER, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to proceed with a change of plea hearing by video conference (Dkt. No. 27). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained below.

Defendant is charged with seven counts of bank fraud and three counts of identity theft. (*See* Dkt. Nos. 1, 9.) The parties indicate that they have reached an agreement and that Defendant wishes to enter a guilty plea. (Dkt. No. 27 at 1–2.) Defendant currently resides in Texas. (Dkt. No. 27 at 2.) Given the ongoing COVID-19 pandemic, she is concerned about her ability to safely travel to Seattle for this proceeding. (*Id.*) Accordingly, she would like to proceed with a change of plea hearing by video or telephonic conference and has filed a waiver of in-person appearance and consent to proceed via videoconference before a U.S. Magistrate Judge (Dkt. No. 26).

Given the circumstances, delaying Defendant's plea hearing until she can safely travel to

1  Seattle to be held in-person would cause serious harm to the interests of justice. *See* W.D. Wash.

2  General Orders 04-20, 09-20, 14-20, 17-20, 06-21, 09-21, 13-21.

3       The Court GRANTS Defendant's motion to proceed with a change of plea hearing by

4  video conference (Dkt. No. 27) and ORDERS that her plea hearing scheduled for November 23,

5  2021 (Dkt. No. 25) be conducted by video conference.

7       DATED this 19th day of November 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER
CR21-0079-JCC
PAGE - 2