THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JEANNE ANG RATHER,<br><br>          Defendant. | CASE NO. CR21-0079-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint motion to proceed with a change of plea hearing by video conference (Dkt. No. 45). For the reasons explained below, the Court FINDS that further delay in the absence of a video plea hearing would seriously harm the interests of justice and GRANTS the parties' motion.

Defendant is charged with seven counts of bank fraud and three counts of identity theft. (*See* Dkt. Nos. 1, 9.) The parties indicate that they have reached an agreement and that Defendant wishes to enter a guilty plea. (Dkt. No. 45 at 1–2.) Under the Court's current general orders, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." W.D. Wash. General Order 04-20 (March 30, 2020); *see also* W.D. Wash. General Order 14-21 (Dec. 22, 2021) (extending the duration of General Order 04-20).

The parties ask that the Court allow a video plea hearing in this instance for the following reasons: the parties have reached a plea agreement, and not holding the hearing by videoconference means could unnecessarily delay Defendant's plea and sentencing; in addition, not conducting the plea hearing remotely could unnecessarily jeopardize the parties' negotiated resolution and prolong the stress and anxiety arising from the current uncertainty of Defendant's situation. (*See* Dkt. No. 45 at 1–3.) Having thoroughly considered the motion and the relevant record, the Court FINDS that further delay in the absence of a remote plea hearing would seriously harm the interests of justice.

The Court GRANTS the parties' joint motion (Dkt. No. 45) and ORDERS that Defendant's plea hearing take place remotely via video conferencing. The parties will contact the Courtroom Deputy to schedule the hearing. The parties should contact the Courtroom Deputy 24 hours before the hearing to request login or call-in information. A record of Defendant's consent to proceed via remote hearing should be made at that time.

DATED this 17th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE